# UNITED STATES DISTRICT COURT

# DISTRICT OF MAINE

| | |
|---|---|
| MELISSA L. SMITH, | ) |
| | ) |
|       PLAINTIFF | ) |
| | ) |
| v. | )   CIVIL NO. 2:13-CV-260-DBH |
| | ) |
| R.H. RENY, INC., D/B/A RENYS | ) |
| A MAINE ADVENTURE, | ) |
| | ) |
|       DEFENDANT | ) |

## REPORT OF PRE-FILING CONFERENCE UNDER LOCAL RULE 56

A Local Rule 56 pre-filing conference was held on January 15, 2014.

The plaintiff's complaint asserts claims of sexual harassment/hostile workplace (Count I), retaliation/constructive discharge (Count II) and whistleblower protection act (Count III), all in violation of both Maine and federal law. The defendant will move for summary judgment on all claims.

The following deadlines were established by agreement:

>As soon as practicable, after January 15, 2014, the plaintiff will schedule the deposition of Mr. Gross.

>By two days prior to the Gross deposition, the defendant will provide the plaintiff with a chronology of events.

>By February 6, 2014, the defendant will file its motion for summary judgment.

>By February 27, 2014, the plaintiff will respond to the motion for summary judgment.

>By March 13, 2014, the defendant will file its reply.

**SO ORDERED.**

**DATED THIS 15TH DAY OF JANUARY, 2014**

                                                      /S/D. BROCK HORNBY
                                                    **D. BROCK HORNBY**
                                                    **UNITED STATES DISTRICT JUDGE**