# UNITED STATES DISTRICT COURT

# DISTRICT OF MAINE

| | |
|---|---|
| MELISSA L. SMITH, | ) |
| | ) |
| PLAINTIFF | ) |
| | ) |
| v. | ) CIVIL NO. 2:13-CV-260-DBH |
| | ) |
| R.H. RENY, INC., D/B/A RENYS A MAINE ADVENTURE, | ) ) ) |
| | ) |
| DEFENDANT | ) |

## PROCEDURAL ORDER

Counsel are **DIRECTED** to submit no further filings on the pending motions unless specifically requested to do so by the court.

**SO ORDERED.**

**DATED THIS 18TH DAY OF MARCH, 2014**

/S/D. BROCK HORNBY
**D. BROCK HORNBY**
**UNITED STATES DISTRICT JUDGE**